UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BROOKE ARNOLD,

     Plaintiff,

v.                        Case No. 8:20-cv-2519-VMC-SPF

SOURCE SOLUTIONS
MANAGEMENT, LLC,

     Defendant.
_____/

**ORDER**

This matter comes before the Court upon consideration of United States Magistrate Judge Sean P. Flynn's Report and Recommendation (Doc. # 29), entered on March 16, 2026, recommending that an Order be entered holding Defendant Source Solutions Management, LLC in contempt for violating the Court's Orders. No objections have been filed and the time to file objections has expired.

The Court accepts and adopts the Report and Recommendation, and hereby holds Defendant in contempt.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v.</u>

1

Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a *de novo* review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 29) is **ACCEPTED** and **ADOPTED.**

(2)  Defendant is hereby held in contempt for violating the Court's Orders.

(3)  The United States Marshals Service is directed to serve upon Defendant a copy of this Order within three days.

(4)  Defendant shall have seven days from the date the United States Marshal serves Defendant with this Order to comply with the Court's Orders.

(5)  If Defendant complies with the Court's Orders within the seven-day period, Plaintiff shall file a notice indicating such compliance.

(6)  If Defendant fails to comply with the Court's Orders within the seven-day period and Plaintiff files a notice indicating such non-compliance, Defendant shall pay a fine of $200.00 per day into the registry of the Court, beginning on the date the notice is filed.

(7)  If the total fine reaches $3,000.00 and Defendant still has not complied with the Court's Orders, the Court will consider, upon Plaintiff's motion, whether to impose sanctions against any officers responsible for the conduct of Defendant's affairs.

(8)  Defendant is advised that it may at any time purge its contempt by complying with the Court's Orders, providing Plaintiff's counsel with a complete copy of the Fact

3

Information Sheet, and filing a notice with the Court indicating it has done so.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 1st day of April, 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

4